*Sewall Key, J. Louis Monarch,* and *W. Croft Jennings* for the United States.

No. 613. SOUTHERN PACIFIC Co. *v.* UNITED STATES. March 6, 1939. Petition for writ of certiorari to the Court of Claims granted. *Mr. James R. Bell* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 650. BALDWIN ET AL., TRUSTEES, *v.* SCOTT COUNTY MILLING Co. March 13, 1939. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. H. H. Larimore* and *Thomas J. Cole* for petitioners. *Messrs. R. F. Baynes, Ralph E. Bailey,* and *James A. Finch* for respondent.

No. 660. McCRONE *v.* UNITED STATES. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. H. Lowndes Maury* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Paul A. Freund, Charles A. Horsky,* and *Earl C. Crouter* for the United States.

No. 627. UNITED STATES *v.* AUTOMOBILE FINANCING, INC. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Jackson* for the United States. *Mr. James F. Kemp* for respondent.